# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 7, 2010

Marilyn Kelly,
Chief Justice

138270 & (17)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                                    SC: 138270
                                                                     COA: 287574
                                                                     Wayne CC: 02-001169

LEON DAVIS,
          Defendant-Appellant.

_____/

          By order of September 11, 2009, the prosecuting attorney was directed to answer the application for leave to appeal the January 7, 2009 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



          I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2010                              _____
                                                              Clerk

p0331